UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERLAIN, SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS); GUERLAIN, INC.; HUBLOT SA, GENÈVE; KENZO; LVMH FRAGRANCE BRANDS; LVMH SWISS MANUFACTURES S.A.; PARFUMS CHRISTIAN DIOR; and PRL USA HOLDINGS,

Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

Defendants.

CIVIL ACTION NO.

19 CV 11326 (PGG)

## **PRELIMINARY INJUNCTION ORDER**

This action having been commenced by Guerlain, Société Par Actions Simplifiée (SAS) and Guerlain, Inc.; Hublot SA, Genève; Kenzo; LVMH Fragrance Brands; LVMH Swiss Manufactures S.A.; Parfums Christian Dior; and PRL USA Holdings, Inc. (collectively "Plaintiffs") on December 11, 2019 against Defendants Various John Does, Jane Does, and XYZ Companies, at 211 Canal Street, New York, New York 10013; 224D Canal Street, New York, New York 10013; 259B Canal Street, New York, New York 10013; and 260 Spring Street, Manhattan Mini Storage, 6th Floor, Aisle 9, Room 013, New York, New York 10013, alleging trademark counterfeiting and infringement of Plaintiffs' Federally Registered Trademarks (defined below) and charging defendants with, *inter alia*, trademark counterfeiting, infringement, dilution and false advertising, and a copy of the Summons, Complaint, Seizure Order, and supporting papers having been served upon the defendants during civil seizures at the following locations on December 17, 2019: Mr. Das Sreekanta at 211 Canal Street, New York, New York 10013; Mr. Mitu Md at 224D Canal Street, New York, New York 10013; 259B Canal Street, New

- 1 -

York, New York 10013; and 260 Spring Street, Manhattan Mini Storage, 6th Floor, Aisle 9, Room 013, New York, New York 10013 (collectively, "Defendants");

It appearing to the Court that it has jurisdiction over the subject matter of this action, over Plaintiffs and over Defendants;

The Court having considered the Complaint and the exhibit thereto, Plaintiffs' Order To Show Cause and accompanying papers and the Defendants failing to appear at the hearing on January 16, 2020 after receiving notice of the same on December 17, 2019; and

It further appears that Defendants are, *inter alia*, counterfeiting and infringing Plaintiffs' Federally Registered Trademarks, in violation of 15 U.S.C. § 1114 and will continue to counterfeit and infringe Plaintiffs' Federally Registered Trademarks unless restrained by Order of this Court.

Accordingly, the Court concludes as a matter of law:

1. This Court has jurisdiction over the subject matter of all counts of this action and over all the parties hereto;

2. Plaintiffs have established a *prima facie* case of ownership of Plaintiffs' Federally Registered Trademarks;

3. Plaintiffs are likely to prevail on the merits of this action in showing that Defendants are counterfeiting and infringing Plaintiffs' Federally Registered Trademarks in violation of 15 U.S.C. § 1114;

4. Defendants' actions have caused and will continue to cause immediate and irreparable harm, loss, and damage before a full trial on the merits can be held, in that monetary compensation will not afford adequate relief to Plaintiffs for Defendants' continuing acts of counterfeiting and trademark infringement;

5. The harm to Plaintiffs from the denial of this request for a Preliminary Injunction would outweigh the harm to the legitimate interests of Defendants against whom the Order would be issued and to any third parties; and

6. The public interest would best be served by granting this Preliminary Injunction prior to a full trial on the merits or a default judgment against Defendants.

NOW THEREFORE, it is hereby ORDERED as follows that:

1. The Defendants and their respective principals, officers, agents, servants, employees, and attorneys, and all persons in concert and participation with them are hereby restrained and enjoined, pending termination of this action:

(a) From using Plaintiffs' Federally Registered Trademarks, including but not limited to:

**GUERLAIN SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS) & GUERLAIN, INC.**

| Trademarks | Classes | List of Goods | Registration Date | Registration No. | Owner |
|---|---|---|---|---|---|
| GUERLAIN | 3 | Perfumes, eau de cologne, toilet waters, face cream; face, talcum, and bath powders, loose and in compact form | Dec. 30, 1924 | 193391 | Guerlain, Inc. (NY) |
| SHALIMAR | 3 | Perfumes | Aug. 24, 1926 | 216906 | Guerlain, Inc. (NY) |
| L'HEURE BLEUE | 3 | Perfumes and toilet water | Mar. 6, 1945 | 412381 | Guerlain, Inc. (NY) |
| APRES L'ONDEE | 3 | Toilet water | Mar. 6, 1945 | 412388 | Guerlain, Inc. (NY) |
| MITSOUKO | 3 | Perfumes and toilet waters | Mar. 6, 1945 | 412390 | Guerlain, Inc. (NY) |
| (bottle design) | 3 | Perfume | Dec. 16, 1975 | 1027122 | Guerlain, Inc. (NY) |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. | Owner |
|---|---|---|---|---|---|
| (logo) | 3 | Toiletries-namely, perfume, eau de toilette, eau de cologne, eau de parfum, toilet soap | Apr. 16, 1985 | 1330436 | Guerlain, Inc. (NY) |
| JARDINS DE BAGATELLE | 3 | Toilet water | Apr. 22, 1986 | 1390453 | Guerlain, Inc. (NY) |
| SAMSARA | | Perfumes, perfume de toilette, eau de toilette, body lotion, body shampoo, and skin creams | July 3, 1990 | 1604258 | Guerlain, Inc. (NY) |
| HERITAGE | 3 | Eau de toilette, personal deodorant | Dec. 13, 1994 | 1867402 | Guerlain, Inc. (NY) |
| GUERLAIN | 3, 4, & 21 | Perfume; eau de toilette; eau de cologne; eau de parfum; eau de senteur (alcohol-free toilet water); parfum de toilette; body shampoo; bath oil; skin cleansing cream; wrinkle removing skin care preparations; skin moisturizer; skin conditioner; skin cream; night cream; body lotion; body milk; bronzing cream; bronzing powder; make-up; foundation make-up; make-up remover; eye shadow; eye-liner; under eye concealer; mascara; eye make-up remover; face powder; lipstick; protective base coat for nails; nail polish; after-shave lotion; after-shave balm; shaving cream; personal deodorant; sun screen preparations; scented talcum powder in class 3<br><br>Scented candles in class 4<br><br>Cosmetic brushes in class 21 | Dec. 19, 1995 | 1942534 | Guerlain (France SAS) |
| AQUA ALLEGORIA | 3 | Cologne | Aug. 22, 2000 | 2379207 | Guerlain (France SAS) |
| L'INSTANT DE GUERLAIN | 3 | Perfume; eau de cologne; toilet waters; perfumed body milks, body lotions, body gels, body oils, and body powders; perfumed soaps; perfumed moisturizing creams; perfumed talcum powder | Aug. 26, 2003 | 2756404 | Guerlain (France SAS) |
| HABIT ROUGE | 3 | Eau de toilette, after-shave lotion, personal deodorant, shower gel | Apr. 20, 2004 | 2834416 | Guerlain (France SAS) |
| INSOLENCE | 3 | Perfume, perfumery, toilet | Aug. 15, | 3129090 | Guerlain |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. | Owner |
|---|---|---|---|---|---|
| | | waters | 2006 | | (France SAS) |
| IDYLLE | 3 | Perfumery, perfumes, eau de toilette, personal deodorants, cosmetics | Dec. 22, 2009 | 3729592 | Guerlain (France SAS) |
| | 3 | Perfumes | May 3, 2011 | 3953827 | Guerlain (France SAS) |
| LA PETITE ROBE NOIR | 3 | Perfumery | Jan. 3, 2012 | 4080150 | Guerlain (France SAS) |
| IMAGINE | 3 | Perfumes; eau de Cologne; shaving preparations; aftershave balm; body deodorants | Dec. 4, 2018 | 5620079 | Guerlain (France SAS) |

## HUBLOT SA, GENÈVE

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| BIG BANG | 14 | Timepieces and chronometric instruments and parts thereof namely watch cases, watch bands, watches used as chronographs, watches used as chronoscopes, chronometers, watches, wristwatches, dress watches, diving watches, movements for clocks and watches, movements for watches | 26/09/2006 | 3149003 |
| HUBLOT | 14 | Watches and Clocks and Parts Therefor; Chronometers; Chronographs; Costume Jewelry and Jewelry Made Wholly or in Part of Precious Metals | 04/01/1983 | 1222529 |
| HUBLOT BOUTIQUE EXCLUSIVE | 14 | Jewelry, timepieces and chronometric instruments, namely, watches, wristwatches, watch straps, watch cases, dials for clock and watch making, clocks, wall clocks, chronometers and chronographs as watches | 08/05/2015 | 4916069 |
| UNICO | 14 | Movements for clocks and watches | 17/08/2009 | 3787659 |
| HUBLOT CLASSIC FUSION | 14 | Horological and chronometric instruments, namely, watches, wristwatches, watch straps, watch cases, dials for clock-and watch making, clocks, wall clocks, chronometers and chronographs as watches | 27/06/2017 | 5232251 |
| KEY OF TIME | 14 | Jewelry, timepieces and chronometric instruments, namely, watches, wristwatches, watch bands, watch cases, dials, clocks, wall clocks, chronometers, chronographs | 15/05/2012 | 4140869 |
| KING POWER | 14 | Jewelry; horological and chronometric instruments, namely, watches, wristwatches, watch bands, dials, clocks, wall clocks, chronometers, chronographs | 06/07/2010 | 3814806 |
| MAGIC GOLD | 14 | Gold-based alloys and composites thereof and goods made of the aforesaid materials, namely, watches, | 3/08/2013 | 4381674 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| | | wristwatches, watch straps, dials for clocks-and watch-making, clocks, grandfather clocks, chronometers, and chronographs for use as timepieces, all the foregoing containing gold | | |
| TECHFRAME | 14 | Jewelry, precious stones; timepieces and chronometric instruments | 26/07/2018 | 5500090 |
| (H logo) | 14 | Jewellery; horological and chronometric instruments, namely, watches, wristwatches, watchbands, watch cases, dials, clocks, wall clocks, chronometers, chronographs | 24/11/2009 | 3715561 |

# KENZO

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| KENZO | 3 | Perfumery | Jan. 8, 1985 | 1312942 |
| KENZO JUNGLE | 3 | Perfumery, namely toilet waters, perfumes | Nov. 19, 1996 | 2017313 |
| (FLOWERBYKENZO design) | 3 | Perfumery, namely, toilet water, cosmetics, namely, beauty creams for the face and the body, body lotions | Sep. 10, 2002 | 2616977 |
| KENZOAMOUR | 3 | Perfumes; toilet water | June 20, 2006 | 3106879 |
| UNIDENTIFIED FRAGRANCE OBJECT | 3 | Perfumery | Aug. 10, 2010 | 3832756 |
| (bottle design) | 3 | Perfumery | Nov. 29, 2011 | 4062441 |

# LVMH FRAGRANCE BRANDS

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| GIVENCHY | 3 | Perfume, toilet water, bath oil, face lotion and talcum powder | Sep. 5, 1972 | 942407 |
| YSATIS | 3 | Toilet waters, cosmetic products-- namely, perfumed body cream, perfumed body lotion | Aug. 13, 1985 | 1353577 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| XERYUS | 3 | Toilet water; personal soaps; personal deodorant | June 23, 1987 | 1443773 |
| GIVENCHY (logo) | 3 | Bath soaps; perfumes, toilet water and cologne; lotions and creams for shaving; lotions, milks, creams and gels for the face and body; cosmetic preparations for the bath, namely, - gels, talc and and personal deodorants (deodorant sticks) | May 23, 1989 | 1539965 |
| (logo) | 3 | Toilet soaps; perfumery; namely, perfumes, eau de cologne and toilet water; cosmetic preparations; namely, lotions, milks, creams and gels for the face and body, lipsticks, nail varnish, makeup foundation and powder, mascara, eye shadow, cosmetic pencils, beauty masks; suntan preparations; namely, gels and creams; cosmetic preparations for the bath; namely, gels, oils, creams, bath salts; deodorants for personal use | June 2, 1992 | 1689748 |
| AMARIGE | 3 | Perfume, toilet water, cosmetic products; namely, lotions, milks, creams, gels for face and body, cosmetic preparations for the bath; namely, gels, creams, deodorant for personal use | Sep. 22, 1992 | 1717361 |
| (logo) | 3 | Toilet water, toilet soap | Apr. 27, 1993 | 1767120 |
| INSENSÉ | 3 | Perfumes, toilet water | Jan. 10, 1995 | 1872169 |
| TARTINE ET CHOCOLAT | 3 | Toilet water | Mar. 10, 1998 | 2142392 |

- 7 -

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| (figure) | 3 | Perfume | Aug. 11, 1998 | 2180108 |
| ORGANZA | 3 | Perfume | Aug. 25, 1998 | 2184436 |
| HOT COUTURE | 3 | Perfumes, and toilet water, lotions, for the body, body gel | Feb. 13, 2001 | 2427861 |
| π | 3 | Toilet soaps, perfumes, toilet water, deodorants for personal use, after-shave lotions, preparations for hair, namely, shampoos | Sep. 18, 2001 | 2489772 |
| (figure) | 3 | Toilet water | July 2, 2002 | 2587049 |
| VERY IRRESISTIBLE GIVENCHY | 3 | Perfumes, perfumery, toilet waters, lotions for the body; deodorants for personal use | Oct. 24, 2006 | 3161498 |
| ANGE OU DEMON | 3 | Perfumes, perfumery, cosmetics | Dec. 18, 2007 | 3357425 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| ange ou démon GIVENCHY PARIS | 3 | Perfumes; eau de cologne and eau de toilette | Jan. 22, 2008 | 3371362 |
| PLAY | 3 | Skin care products, namely, aftershave tonics; scented preparations, namely, eau de toilettes, fragrances for personal use | Nov. 3, 2009 | 3706948 |
| GIVENCHY | 3 | Perfumery, cosmetics, makeup, non-medicated skin care preparations, non-medicated skin and facial cleaners, skin lightening preparations and non-medicated toiletries | Jan. 3, 2012 | 4079380 |

## LVMH SWISS MANUFACTURES S.A.

| Trademarks | Registration No. | Registration Date | Goods |
|---|---|---|---|
| HEUER (word) | 3,569,070 | 03-Feb-2009 | Jewelry; horological and chronometric instruments, namely, watches, watchbands, chronometers, chronographs for use as watches, and clocks in class 14 |
| TAG HEUER | 2,281,436 | 28-Sep-1999 | Clocks, watches and parts thereof |
| TAG HEUER | 5314173 | 24-Oct-2017 | Jewelry; precious stones; horological instruments, namely, watches, wristwatches, and constitutive parts therefor; alarm clocks, clocks and other chronometric instruments, chronometers, chronographs as watches, chronometric apparatus for sports timing, chronometric apparatus for measuring and marking the time; watch bands, watch chains, watch springs, watch dials or watch glasses, watch winders, watch cases being parts of watches, cases and boxes adapted for holding watches; precious metals and their alloys; jewelry cases; boxes of precious metal; key rings trinkets or fobs of precious metals; cuff links; bracelets; rings; medals; watches that also have a function of transmitting and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks; watches containing an electronic game function, watches incorporating a telecommunication |

| | | | function; leather boxes adapted for holding watches in class 14 |
|---|---|---|---|
| TAG HEUER (shield logo) | 5314172 | 24-Oct-2017 | Jewelry; precious stones; horological instruments, namely, watches, wristwatches, and constitutive parts therefor; alarm clocks, clocks and other chronometric instruments, chronometers, chronographs as watches, chronometric apparatus for sports timing, chronometric apparatus for measuring and marking the time; watch bands, watch chains, watch springs, watch dials or watch glasses, watch winders, watch cases being parts of watches, cases and boxes adapted for holding watches; precious metals and their alloys; jewelry cases; boxes of precious metal; key rings trinkets or fobs of precious metals; cuff links; bracelets; rings; medals; watches that also have a function of transmitting and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks; watches containing an electronic game function, watches incorporating a telecommunication function; leather boxes adapted for holding watches in class 14 |
| **TAG HEUER** (word mark) | 1304885 | 21-Mar-2016 | Jewelry; precious stones; horological instruments, namely, watches, wristwatches, and constitutive parts therefor; alarm clocks, clocks and other chronometric instruments, chronometers, chronographs as watches, chronometric apparatus for sports timing, chronometric apparatus for measuring and marking the time; watch bands, watch chains, watch springs, watch dials or watch glasses, watch winders, watch cases being parts of watches, cases and boxes adapted for holding watches; precious metals and their alloys; jewelry cases; boxes of precious metal; key rings, trinkets or fobs of precious metals; cuff links; bracelets; rings; medals; watches that also have a function of transmitting and/or receiving data to and/or from personal digital assistants, tablets, smart phones and personal computers through internet websites and other computer and electronic communication networks; watches containing an electronic game function, watches incorporating a telecommunication function; leather boxes adapted for holding watches |
| **TAG HEUER logo (and device)** | 1471988 | 12-Jan-1988 | Time measuring instruments, namely, electronic stop watches, remote control mini-printer timers, electronic and manual timers, photocell timers, starting gate timers, telephone liaison timers, impulse distributor timers, electronic pistol starting timers, manual contactor timers in class 9<br><br>Clocks, watches and parts thereof in class 14 |

## PARFUMS CHRISTIAN DIOR

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| Christian Dior | 3 & 5 | Face and body creams, skin, face and body powders, lipstick, rouge and filled rouge compacts, perfumes, toilet water | Apr. 21, 1953 | 573430 |
| Miss Dior | 3 & 5 | Perfumes, toilet waters, skin creams and lotions | July 14, 1953 | 577253 |
| DIORISSIMO | 3 & 5 | Cosmetics and toilet preparations-namely, perfumes, toilet water | July 19, 1960 | 701515 |
| EAU SAUVAGE | | Men's eau de cologne | | 884294 |
| DIORESSENCE | 3 & 5 | Perfumes | Jan. 19, 1971 | 906347 |
| DIORELLA | 3 | Perfumes, toilet water, eau de cologne | Jan. 8, 1974 | 976471 |
| POISON | 3 | Perfumes, eaux de toilette, milks for the care of the body | Nov. 13, 1984 | 1304580 |
| FAHRENHEIT | 3 | Perfumes, face creams | Apr. 5, 1988 | 1482938 |
| DUNE | 3 | Cosmetics, namely, creams, lotions body, perfumery | Feb. 13, 1990 | 1582150 |
| DOLCE VITA | 3 | Perfume, toilet waters | Dec. 31, 1996 | 2027819 |
| CHRISTIAN DIOR | 3 | Perfumes, eau de cologne, toilet waters; perfumed body milks, body lotions, body gels, body oils and body powders; perfumed bath and shower gels, perfumed soaps, perfumed moisturizing body creams, personal deodorants for the body; pre-shave and after-shave lotions, shaving foams and gels, emulsions and balms; shampoos, gels and lotions for body, creams, milks, lotions, gels and emulsions for the care of the face, hands and body, cream and gel masks; exfoliating creams, lotions and gels; mascara, eye liner, eye shadow, blush, pressed powder, loose powder, foundation make-up, foundation cream, foundation base, moisturizing cream base, lipstick, nail enamel, base and top coat for nails, nail polish remover, face and eye make-up remover; cleansing milks, gels and lotions for the face | Apr. 28, 1998 | 2153858 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| *[bottle design]* | 3 | Perfume, toilet waters, perfumned body milk, perfumed bath and shower foams and gels, perfumed soaps, perfumed moisturizing creams | May 22, 2001 | 2453926 |
| **J'ADORE** | 3 | Perfume and toilet waters | May 29, 2001 | 2455674 |
| *[bottle design]* | 3 | Perfume, eau de parfum spray, toilet water | Jan. 15, 2002 | 2529417 |
| *[bottle design]* | 3 | Perfumes | Apr. 30, 2002 | 2564970 |
| **J'ADORE** | 3 | Perfume, eau de toilette, and milks for the care of the body | Mar. 11, 2003 | 2696047 |
| **HYPNOTIC POISON** | 3 | Perfume, toilet waters, perfumed body milk, perfumed bath and shower foams and gels | Oct. 7, 2003 | 2771657 |
| **FAHRENHEIT** | 3 | Eau de toilette, summer eau de toilette, after-shave, after-shave balm, personal deodorants, shower gels | Mar. 16, 2004 | 2823387 |
| *[bottle design]* | 3 | Perfume, toilet waters | Mar. 23, 2004 | 2824987 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| DIOR ADDICT | 3 | Perfume, toilet waters, lipstick | July 27, 2004 | 2867329 |
| **PURE POISON** | 3 | Perfumery | Aug. 17, 2004 | 2874846 |
| (Dior monogram pattern) | 3 | Perfumery; cosmetics | June 21, 2005 | 2963354 |
| PURE POISON Dior | 3 | Perfumes | Oct. 25, 2005 | 3008784 |
| **EAU NOIRE** | 3 | Perfumes | Dec. 27, 2005 | 3034741 |
| *Miss Dior Chérie* | 3 | Perfumes | Apr. 25, 2006 | 3085164 |
| POISON | 3 | Perfumes, eau de cologne, eau de toilette, milks, lotions, creams, emulsions, and perfumed gels for body and face care | June 13, 2006 | 3104002 |
| Fahrenheit Dior | 3 | Perfumery, perfumes, toilet waters | Nov. 28, 2006 | 3176192 |
| **DIOR** | 3 | Soaps, perfumes, perfumery, cosmetics, non-medicated skin care preparations, shaving preparations, personal deodorants, shower and bath gel, sun screen preparations, and hair care preparations | Sept. 25, 2007 | 3297261 |
| **DIOR** | 3 | Soaps, perfumes, perfumery, cosmetics, non-medicated skin care preparations, shaving preparations, personal deodorants, shower and bath gel, sun screen | Sep. 25, 2007 | 3297261 |

| Trademarks | Classes | List of Goods | Registration Date | Registration No. |
|---|---|---|---|---|
| | | preparations, and hair care preparations | | |
| LA COLLECTION PARTICULIERE | 3 | Perfumes, perfumery, eau de cologne | Oct. 28, 2014 | 4628811 |
| SAUVAGE | 3 | Perfumery; toilet water; cosmetics; after-shave lotions; after-shave balms; deodorant for personal use; perfumed gels for the shower | Oct. 10, 2017 | 5304379 |

## PRL USA HOLDINGS, INC.

| Trademark | Registration No. | Registration Date | Goods |
|---|---|---|---|
| POLO | 1,363,459 | 10/1/85 | Clothing-namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats, and dresses. |
| POLO | 1,446,173 | 7/7/87 | Frames for prescription and non-prescription lenses, and complete sunglasses. |
| RALPH LAUREN | 1,447,282 | 7/14/87 | Frames for prescription and non-prescription lenses and complete sunglasses. |
| POLO BY RALPH LAUREN and Design | 1,508,314 | 10/11/88 | Men's suits, slacks, ties, sweaters, jackets, coats, shoes, shirts, hats, belts and socks and ladies' blouses, skirts, suits and dresses. |
| RALPH LAUREN word mark | 1,624,989 | 11/27/90 | Clothing - namely, suits, slacks, trousers, shorts, wind resistant jackets, jackets, blazers, dress shirts, knit shirts, sweatshirts, sweaters, hats, belts, socks, blouses, skirts, coats and dresses. |
| RALPH LAUREN | 1,835,393 | 5/10/94 | Jewelry. |
| DOUBLE RL | 1,876,705 | 1/31/95 | Wearing apparel; namely, jeans, jackets, T-shirts, sweaters, slacks, woven shirts, vests, ties, hats, sweatshirts, overalls and belts. |
| RRL DESIGN | 1,891,143 | 4/25/95 | Wearing apparel; namely, jeans, jackets, T-shirts, sweaters, slacks, woven shirts, vests, ties, hats, sweatshirts, overalls and belts. |
| RRL RALPH LAUREN EST. 1993 and Design | 1,932,955 | 11/7/95 | Wearing apparel, namely jeans, jackets, T-shirts, sweaters, slacks, woven shirts, vests, ties, hats, sweatshirts, overalls and belts. |
| POLO SPORT | 1,951,601 | 1/23/96 | Wearing apparel, namely pants, shorts, jackets, T-shirts, sport shirts, knit shirts, sweatshirts, hats, socks and footwear. |
| RALPH LAUREN | 1,976,324 | 5/28/96 | Clutches, shoulder bags, cosmetic bags, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, circular cosmetic and personal grooming bags, clothing and personal item bags with drawstrings for over the shoulder use, grooming kits in the nature of small traveling bags for carrying personal hygiene items, traveling bags designed for holding suits, tie cases, satchels, purses and other personal item bags with rigid top supports, garment bags for travel, traveling bags for carrying personal items and clothing, coin bags, drawstring pouches, overnight bags, wallets and key holders, all sold empty. |

| Trademark | Registration No. | Registration Date | Goods |
|---|---|---|---|
| POLO JEANS CO. | 2,049,948 | 4/1/97 | Wearing apparel, namely, jeans, T-shirts, knit shirts, sweatshirts, overalls, blouses, skirts, dresses and hats. |
| DESIGN ONLY polo player astride horse | 2,052,315 | 4/15/97 | Clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, pole bags, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases. |
| POLO RALPH LAUREN and Design | 2,077,082 | 7/8/97 | Clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases. |
| RALPH | 2,175,394 | 7/21/98 | Frames for prescription and non-prescription lenses, and complete sunglasses. |
| CHAPS | 2,137,833 | 2/17/98 | Frames for prescription and non-prescription lenses, and complete sunglasses. |
| LAUREN | 2,246,900 | 5/25/99 | Wearing apparel, namely, topcoats, raincoats, jackets, suit jackets, suit coats, sport coats, sport jackets, blazers, blouses, shirts, shirt jackets, pants, skirts, dresses, sweaters, tee shirts, hats and scarves. |
| RLX | 2,276,536 | 9/7/99 | Wearing apparel, namely, pants, shorts, jackets, coats, woven shirts, T-shirts, knit shirts, sweaters, sweatshirts, blouses, skirts, dresses, hats, footwear, socks, hosiery and gloves. |
| RL | 2,312,818 | 2/1/00 | Wearing apparel, namely, jeans, jackets, woven shirts, T-shirts, knit shirts, sweatshirts, overalls, pants, sweaters, shorts, vests, ties, bathing suits, scarves, hosiery, bodysuits, belts, blouses, skirts, dresses, coats, hats and shoes. |
| RUGBY | 2,339,652 | 4/11/00 | Men's and women's clothing not specifically adapted to be worn while playing rugby, namely, jackets, vests, shirts, sweatshirts, t-shirts, men's shorts and pants, and women's shorts, dresses, blouses, [scarves,] belts and shoes |
| LAUREN | 2,419,959 | 1/9/01 | Handbags, clutches, shoulder bags, tote bags, backpacks, duffle bags, travel bags, suit bags, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases. |
| CHAPS | 2,505,790 | 11/13/01 | Clothing, namely, sport shirts, sweaters, sweatshirts, t-shirts, shorts, jackets, pants, sport jackets and suits. |
| RALPH | 2,527,823 | 1/8/02 | Clutches, shoulder bags, cosmetic bags sold empty, tote bags, saddle bags, backpacks, gym bags, duffle bags, travel bags, roll bags, sling bags, grooming kits sold empty, suit bags, tie cases, satchels, garment bags for travel, coin purses, drawstring pouches, overnight bags, wallets and key cases. |
| POLO GOLF | 2,686,291 | 2/11/03 | Wearing apparel, namely, shirts, sweaters, pants, sweatshirts and t-shirt. |

| Trademark | Registration No. | Registration Date | Goods |
|---|---|---|---|
| PINK PONY | 3,036,422 | 12/27/05 | Tote Bags, Clothing – namely, sweaters and t-shirts. |
| RL | 3,120,485 | 7/25/06 | Eyeglasses, sunglasses, cases for eyeglasses and sunglasses. |
| RALPH LAUREN GOLF | 3,213,555 | 2/27/07 | Sports and leisure wear, namely, shorts, pants, golf trousers, t-shirts, polo shirts, rugby shirts, golf shirts, tank tops, jerseys, tights, stockings, leotards, unitards, body suits, leg warmers, leggings, socks, gloves, athletic uniforms, jackets, parkas, ponchos, swimwear, sweaters, fleece pullovers, sweat suits, jogging suits, rain suits, boots, slippers, sandals, athletic footwear, hats, caps, visors, head bands, wrist bands, tennis wear, golf wear, namely, shoes and shirts; ski wear; wearing apparel namely, slacks, jeans, belts, suspenders, shirts, twin sets, ties, men's and women's suits, vests, undergarments, sweaters, blazers, coats, scarves, shawls, robes, sleepwear, loungewear and all purpose footwear excluding orthopedic footwear. |
| RALPH LAUREN TENNIS | 3,215,910 | 3/6/07 | Sports and leisure wear, namely, shorts, pants, golf trousers, t-shirts, polo shirts, rugby shirts, golf shirts, tank tops, jerseys, tights, stockings, leotards, unitards, body suits, leg warmers, leggings, socks, gloves, athletic uniforms, jackets, parkas, ponchos, swimwear, sweaters, fleece pullovers, sweat suits, jogging suits, rain suits, boots, slippers, sandals, athletic footwear, hats, caps, visors, head bands, wrist bands, tennis wear, golf wear, namely, shoes and shirts; ski wear; wearing apparel namely, slacks, jeans, belts, suspenders, shirts, twin sets, ties, men's and women's suits, vests, undergarments, sweaters, blazers, coats, scarves, shawls, robes, sleepwear, loungewear and all purpose footwear excluding orthopedic footwear. |
| RALPH LAUREN SPORT | 3,218,130 | 3/13/07 | Sports and leisure wear, namely, shorts, pants, golf trousers, t-shirts, polo shirts, rugby shirts, golf shirts, tank tops, jerseys, tights, stockings, leotards, unitards, body suits, leg warmers, leggings, socks, gloves, athletic uniforms, jackets, parkas, ponchos, swimwear, sweaters, fleece pullovers, sweat suits, jogging suits, rain suits, boots, slippers, sandals, athletic footwear, hats, caps, visors, head bands, wrist bands, tennis wear, golf wear, namely, shoes and shirts; ski wear; wearing apparel namely, slacks, jeans, belts, suspenders, shirts, twin sets, ties, men's and women's suits, vests, undergarments, sweaters, blazers, coats, scarves, shawls, robes, sleepwear, loungewear and all purpose footwear excluding orthopedic footwear. |
| C (Stylized) | 3,225,869 | 4/3/07 | Wearing apparel, namely, sport shirts, knit shirts, sweaters, sweatshirts, t-shirts, blouses, shorts, jackets, pants, jeans, overalls, skirts, dresses, hats, socks and swimwear. |
| CHAPS | 2,137,833 | 2/17/98 | Frames for prescription and non-prescription lenses and complete sunglasses |

| Trademark | Registration No. | Registration Date | Goods |
|---|---|---|---|
| PINK PONY | 3,245,586 | 5/22/07 | Wearing apparel, namely, jackets, sweatshirts, sweat pants, hats, scarves, jerseys, jeans, turtlenecks and bikinis. |
| LAUREN JEANS COMPANY | 3,254,299 | 6/19/07 | Wearing apparel, namely, jeans, vests, jackets, coats, shirts, sweatshirts, overalls, blouses, skirts, dresses, hats, pants, socks, gloves and footwear. |
| RL | 3,687,528 | 9/22/09 | Handbags, clutches, shoulder bags, tote bags, backpacks, saddle bags, duffle bags, travel bags, suit bags, satchels, hip packs, roll bags, carryalls, garment bags, suit cases, coin purses, drawstring pouches, briefcases, attaché cases, wallets, key cases, billfolds, tie cases, credit card cases, business card cases, grooming kits sold empty, cosmetics and toilet bags sold empty, shaving bags sold empty, and umbrellas. |
| DESIGN ONLY | 4,169,636 | 7/10/12 | Handbag. |
| POLO | 1,532,557 | 4/4/89 | Lotions for use after shaving |
| RALPH | 2,562,975 | 4/23/02 | Eau de toilette, skin and body lotions |
| LAUREN | 1,489,796 | 5/31/88 | Toilet water |
| RALPH LAUREN | 1,222,278 | 1/4/83 | Cologne, aftershave, aftershave balm, antiperspirant, personal deodorant, toilet water, body lotion, bath oil, body powder, perfume |
| Horse & Polo Rider Design | 1,212,060 | 10/12/82 | Cologne, aftershave, aftershave balm, antiperspirant, toilet water |
| RL | 2,891,892 | 10/5/04 | Fragrances, namely, eau de toilette, namely, after-shave splash, after-shave balm |
| RALPH LAUREN ROMANCE | 2,318,372 | 2/15/00 | Eau de parfum |
| POLO RED | 4,506,000 | 4/1/14 | Eau de toilette, after shave preparations, body spray, and personal deodorant |
| POLO BLUE | 2,782,617 | 11/11/03 | Eau de toilette, after shave gel, shower gel, and personal deodorant |
| POLO SPORT | 1,858,094 | 10/11/94 | Toilette water, deodorants |
| POLO BLACK | 3,130,913 | 8/15/06 | Eau de toilette, after shave splash, after shave gel, shower gel, personal deodorant |
| LAUREN RALPH LAUREN (Stylized) | 1,160,547 | 7/14/81 | Cologne, toilet water, body lotion, and perfume |
| CHAPS | 3,358,110 | 12/18/07 | Eau de toilette |

(hereinafter collectively referred to as "Plaintiffs' Federally Registered Trademarks");

(b) From receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any goods, labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any

catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of Plaintiffs' Federally Registered Trademarks;

(c) From using any logo, trade name or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants are sponsored by, authorized by, or in any way associated with Plaintiffs;

(d) From infringing Plaintiffs' Federally Registered Trademarks;

(e) From falsely representing themselves as being connected with Plaintiffs or sponsored by or associated with Plaintiffs;

(f) From using any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Federally Registered Trademarks in connection with the publicity, promotion, sale, or advertising of goods sold by Defendants including, without limitation, apparel, belts, cosmetics, eyewear, footwear, handbags, jackets, jewelry, perfumes, wallets, watches, and other products bearing a copy or colorable imitation of Plaintiffs' Federally Registered Trademarks;

(g) From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiffs and from offering such goods in commerce;

(h) From using any trademark or trade name in connection with the sale of any goods which may be calculated to falsely represent such goods as being connected with, approved by or sponsored by Plaintiffs; and

(i) From destroying, altering, disposing of, concealing, tampering with or in any manner secreting any and all business records, invoices, correspondence, books of

account, receipts or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any merchandise bearing Plaintiffs' Federally Registered Trademarks.

2. Defendants, their principals, officers, agents, servants, employees and attorneys and all persons in active concert or participation with them are hereby enjoined, from transferring, discarding, destroying or otherwise disposing of the following currently in the possession, custody or control of Defendants:

(a) All merchandise bearing any copy or counterfeit of Plaintiffs' Federally Registered Trademarks or any markings substantially indistinguishable therefrom;

(b) All labels, tags, logos, emblems, watch faces, signs, and other forms of markings, all packaging, wrappers, pouches, containers, receptacles, and all advertisements, catalogs, price lists, guarantees, promotional materials and the like bearing any copy or counterfeit of Plaintiffs' Federally Registered Trademarks or any markings substantially indistinguishable therefrom, and all plates molds, dies, tooling, machinery, assembly equipment and other means of making the same; and

(c) All books and records showing:

(i) Defendants manufacture, receipt and sale of merchandise bearing Plaintiffs' Federally Registered Trademarks; and

(ii) Defendants' manufacture, receipt and sale of any labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, guarantees, promotional materials and the like bearing Plaintiffs'

Federally Registered Trademarks, either by reference to such trademarks or by style or code number or otherwise.

3. The parties may take immediate and expedited discovery, limited to document requests and interrogatories, without regard to the time limitations set forth in Rules 30, 33, 34 and 36 of the Federal Rules of Civil Procedure.

4. The seizures outlined in the opening paragraph are hereby confirmed, and the counterfeit goods seized pursuant to the Court's Seizure Order may be destroyed after the appropriate 10 days' notice is given to the United States Attorney for the Southern District of New York, as provided for in 15 U.S.C. § 1118.

5. Service of this Order by first-class mail to the Defendants at their business addresses identified in the opening paragraph shall constitute sufficient service of this Order. Service shall be deemed complete on the mailing of this Order as permitted above.

6. All papers under seal in this action are now unsealed.

Dated: January 16, 2020

SO ORDERED:

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE